IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHALYCE PARKS, )
)
        Plaintiff, )
)
vs. ) Case No. CIV-13-450-R
)
CAROLYN W. COLVIN, Acting )
Commissioner of the Social )
Security Administration, )
)
        Defendant. )

## ORDER

Before the Court are the Findings and Recommendation entered by United States Magistrate Judge Shon T. Erwin entered May 23, 24, 2014. Doc. 19. No objection has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the decision of the Commissioner of the Social Security Administration is AFFIRMED. Judgment shall be entered accordingly.

IT IS SO ORDERED this 9th day of June, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE